UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-152-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LIONEL LEWIS | ORDER TO SEAL |

On motion of the Defendant, Lionel Lewis, and for good cause shown, it is hereby

ORDERED that the **[DE 60]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This _11_ day of _August_ 2015.

_____
JAMES C. DEVER
Chief United States District Judge