UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-152-D

UNITED STATES OF AMERICA,           )
                                    )
              v.                    )           ORDER
                                    )
LIONEL LEWIS                        )

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 64,

and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to

the United States Attorney and Defendant's attorney.

SO ORDERED. This **7** day of October 2016.

JAMES C. DEVER III
Chief United States District Judge