IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-152-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LIONEL LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

On March 18, 2021, Lionel Lewis moved for early termination of his supervised release [D.E. 76]. On April 1, 2021, United States responded in opposition [D.E. 78].

For the reasons stated in the government's response, the motion for early termination of supervised release [D.E. 76] is DENIED.

SO ORDERED. This 26 day of April 2021.

JAMES C. DEVER III
United States District Judge